# Exhibit 2

Non-Method Claim: 1

| US9445183 | Audio-Technica ATH-TWX9 ("The accused product") |
|---|---|
| 1. An audio content delivery device comprising: | The accused product is an audio content delivery device (e.g., left and right earbuds).<br><br>As shown below, the accused product is a pair of true wireless earbuds (an audio content delivery device). They deliver audio content such as music, calls, and more via wireless connectivity.<br><br><br><br>https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9 |

| | |
|---|---|
| |  https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9  https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9 |
| a main in-the-ear body | The accused product discloses a main in-the-ear body portion (e.g., portion of |

| | |
|---|---|
| portion with a first side distal to a user, a second side medial to the user, a center of gravity, at least one speaker and a sound channel with a cavity; | the earbud inside user' ear) with a first side distal to a user (e.g., the part of the earbud visible externally when worn), a second side medial to the user (e.g., the part of the earbud not-visible externally when worn), a center of gravity (e.g., center of gravity of the earbud), at least one speaker (e.g., speaker of the earbud) and a sound channel (e.g., channel present between a speaker and the ear tip) with a cavity (e.g., cavity formed by the body of the earbud).<br><br>As shown below, the accused product has a main body worn by the user. The main body consists of a first side, which is externally visible when worn and distal to the user, and a second side, which is not externally visible when worn and resides inside the user's ear (medial to the user). The body of the accused product contains an internal cavity that houses components such as the speaker, battery, and other elements. These components influence the center of gravity of the main body. The center of gravity is determined by suspending the main body with a string along multiple axes and identifying the intersection of those axes. It is determined that the center of gravity is closer to the second side of the body, which is inside the user's ear when worn.<br><br><br><br>https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9 |



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



Source: Teardown of the accused product

**Procedure:**

1. Tie a string to the weight.  Hold the end of the string and balance the hook of the hanger on your finger.  Let the hanging mass pull the string straight down.  Draw a line on the paper along the string.  Balance the hanger from a corner with the string.  Again, allow the mass to hang down and trace a line along the string.  Now balance the other corner while holding the string and repeat the tracing.  The point where all three lines intersect is the center of mass for the hanger.

- Describe where the center of mass is.
- Describe how to find the center of mass for other irregular objects.

https://www2.csr.utexas.edu/grace/GRACE_Edu_Poster/1-Finding_Your_Ctr_of_Mass.pdf



Source: Usage of the accused product (C.G. determination using plumb line method)

| the speaker positioned within the cavity such that the center of gravity of the audio content delivery device is closer to the second side and more medial to the user for ensuring that the audio content delivery device remains situated in the user's ear during physical activity; | The accused product discloses a speaker (e.g., speaker of the earbud), the speaker (e.g., speaker of the earbud) positioned within the cavity (e.g., cavity formed by the body of the earbud) such that the center of gravity (e.g., center of gravity of the earbud) of the audio content delivery device (e.g., left and right earbuds) is closer to the second side (e.g., e.g., the part of the earbud not-visible externally when worn) and more medial to the user for ensuring that the audio content delivery device (e.g., left and right earbuds) remains situated in the user's ear during physical activity (e.g., physical activity such as walking). As shown below, the body of the accused product contains an internal cavity that houses components such as the speaker, battery, and other elements. These components influence the center of gravity of the main body. The center of gravity is determined by suspending the main body with a string along multiple axes and identifying the intersection of those axes. It is determined that the center of gravity is closer to the second side of the body, which is inside the user's ear when worn. This design helps the earbud stay securely within the user's ear while walking. |



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9



Source: Teardown of the accused product

**Procedure:**

1.  Tie a string to the weight.  Hold the end of the string and balance the hook of the hanger on your finger.  Let the hanging mass pull the string straight down.  Draw a line on the paper along the string.  Balance the hanger from a corner with the string.  Again, allow the mass to hang down and trace a line along the string.  Now balance the other corner while holding the string and repeat the tracing.  The point where all three lines intersect is the center of mass for the hanger.

    - Describe where the center of mass is.
    - Describe how to find the center of mass for other irregular objects.

https://www2.csr.utexas.edu/grace/GRACE_Edu_Poster/1-Finding_Your_Ctr_of_Mass.pdf



centre of gravity

Source: Usage of the accused product (C.G. determination using plumb line method)



https://www.youtube.com/watch?v=aa2hWWVf36A



https://www.youtube.com/watch?v=lsQtKOFlUlY

| the audio content delivery device further comprising | The accused product discloses that the audio content delivery device (e.g., left and right earbuds) further comprising in the cavity (e.g., cavity formed by the |

| | |
|---|---|
| in the cavity a wireless receiver with antenna, a processor, a memory, and a power supply for receiving digital audio content and transmitting the digital audio content to the at least one speaker. | body of the earbud) a wireless receiver (e.g., Bluetooth module) with antenna (e.g., Bluetooth antenna), a processor (e.g., processor of the Bluetooth module), a memory (e.g., memory of the Bluetooth module), and a power supply (e.g., Li-po battery) for receiving digital audio content (e.g., audio content such as music, calls, and more) and transmitting the digital audio content to the at least one speaker (e.g., speaker of the earbud).<br><br>As shown below, the body of the accused product contains an internal cavity that houses components such as the speaker, battery, and other elements. These components include a Bluetooth module, which comprises a Bluetooth transceiver, a processor, and memory. The accused product delivers audio content, such as music, calls, and more, wirelessly, which is played through the speaker housed in the cavity.<br><br><br>Source: Teardown of the accused product |



Source: Teardown of the accused product

**Extremely low-power premium tier Bluetooth Audio SoC in a WLCSP package,** designed for use in compact, voice-enabled, feature rich, truly wireless earbuds.

Qualcomm® QCC5141 is optimized for use in earbuds and hearables, this premium tier single-chip solution is designed to elevate the truly wireless consumer experience and enable robust connectivity, all day wear* and comfort, integrated Qualcomm® Active Noise Cancellation technology (ANC), Voice Assistant support (including wake-word activation), and Qualcomm TrueWireless™ Mirroring technology, delivering premium wireless audio quality including support for Qualcomm® aptX™ Adaptive audio.

As consumer demand for smaller form factor devices continues to grow, QCC5141's WLCSP package is designed to help manufacturers develop ultra-small earbuds that are comfortable enough to be worn all day.

https://www.qualcomm.com/audio/products/qcc51xx-series/qcc5141



https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/qcc5100-series-product-brief_87-cf482-1-i.pdf

Source: Teardown of the accused product



antenna

Source: Teardown of the accused product

Designed to connect people through sound, these hybrid headphones are equipped with advanced features making the ATH-TWX9 optimal workout headphones or commuter headphones. The splashproof headphone design (IPX4®-equivalent) makes these perfect for rain, water, and sweat. Choose from five preset noise-cancelling modes or optimize noise cancellation for your current environment simply by pressing the touch sensor on the left earbud. These non-slip, compact and ergonomic headphones are designed to ensure a secure, comfortable fit. Customize your experience with twelve different fitting eartip designs (4 diameter sizes, 3 stem lengths) for the most comfortable noise cancelling headphones.

receiving digital audio content

https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9

With approximately 6 hours of continuous playback and up to 12.5 hours of extended use with the charger (for 18.5 hours total), these in-ear Bluetooth headphones are newly designed with 5.8 mm high-resolution drivers to deliver an extended high-frequency range and improved sound detail. Experience crystal clear call quality thanks to the Qualcomm® cVc™ Generation 8.0 technology. Minimize sound delay while playing games or watching videos with Low Latency mode. Compatible with Google Fast Pair , Sony's 360 Reality Audio, multipoint pairing, and the A-T connect app, these headphones provide a customizable and seamless experience across devices.

transmitting the digital audio content to the at least one speaker

https://www.audio-technica.com/en-us/headphones/type/in-ear/ath-twx9